# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 07 CV 10345

Date Filed: _____

Plaintiff:
**MERCHANT CASH & CAPITAL, LLC**

vs.

Defendant:
**FRIED OKRA, INC, D/B/A THOROUGHBREDS RESTAURANT, THOROUGHBREDS RESTAURANT, LP, AND TONY BENNETT**

For:
Nicholas P Guiliano
BENNETT, GUILIANO, MCDONNELL & PERRONE,
494 Eighth Ave, 7th Floor
New York, NY 10001

Received by KT Consultants to be served on **FRIED OKRA INC C/O ROBERT J MORAN JR, 70 DA'GULLAH WAY, PAWLEYS ISLAND, SC 29585**.

I, Ken Thrasher, being duly sworn, depose and say that on the **6th day of December, 2007** at **11:23 am**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS AND COMPLAINT, INDIVIDUAL RULES AND PROCEDURES OF JUDGE SHIRA A SCHEINDLIN, AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J PECK** with the date and hour of service endorsed thereon by me, to: **ROBERT MORAN, JR** as Registered Agent at the address of: **70 D'GULLAH WAY, PAWLEYS ISLAND, SC 29585** on behalf of FRIED OKRA INC, and informed said person of the contents therein, in compliance with state statutes.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Ken Thrasher
Process Server

Subscribed and Sworn to before me on the 6th day of December, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

My Commission expires: FEBRUARY 21, 2017

KT Consultants
726 Racewater Dr.
Myrtle Beach, SC 29588
(843) 222-3309

Our Job Serial Number: 2007001763