

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
MERCHANT CASH & CAPITAL LLC,

                Plaintiff,

-against-

FRIED OKRA, INC., d/b/a THOROUGHBREDS
RESTAURANT, THOROUGHBREDS
RESTAURANT LP and TONY BENNETT,

                Defendants.
------------------------------------------------------------x

Civil Action No.: 07 CIV 8256

**ORDER**

IT IS HEREBY ORDERED that the Initial Pretrial Conference originally scheduled in this case for January 8, 2008 at 4:30 pm in Courtroom 15C, 500 Pearl Street, New York NY 10007 before Judge Shira A. Scheindlin has been adjourned to ~~January 29~~, January 18 2008 at 4:30 pm in Courtroom 15C, 500 Pearl Street, New York NY 10007.

SO ORDERED

*[signature]*

Date: Jan. 7, 2008   ~~Justice~~
Shira A. Scheindlin, USDJ