UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X

*Merchant Cash & Capital LLC*
                Plaintiff,          :

- against -                         :

*Fried Okra, Inc., d/b/a Thoroughbreds et al.*
                Defendant(s).       :

--------------------------------X

**SCHEDULING ORDER**

07 Civ. 10345 (SAS)

**Conference Date:**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on  *1/18/08*   (the "Order"); and

WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)   the date of the conference and the appearances for the parties;

(2)   a concise statement of the issues as they then appear;
*Breach of contract and resulting damages*

(3)   a schedule including:

   (a) the names of persons to be deposed and a schedule of planned depositions;
   *Principals of π - on or before March 31, 2008    Third-parties on or before May 15, 2008*
   *Principals of Δ -  "  "   "   April 15, 2008*

   (b) a schedule for the production of documents;
   *initial Disclosures - January 31, 2008*
   *discovery demands served by February 28, 2008*

   (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;
   *(c)(i) June 30, 2008*
   *(c)(ii) July 30, 2008*

   (d) time when discovery is to be completed;
   *(d) August 15, 2008*

*non-expert discovery complete by 5/30*

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

9/15/2008

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

10/1/2008

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

June 16 at 4:30 _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

(7) anticipated length of trial and whether to court or jury;

2 1/2 days ; Court.

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

William Bennett
Bennett Giuliano McDonnell & Perrone
Attorneys for Plaintiff
494 8th Ave
NYC 1001
646.328.0120

Susan M. Smith
Snow Becker Krauss PC
605 Third Avenue
25th Floor
New York NY 10158
(212) 687-3560

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.
1/18/08