UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK         X
------------------------------------------------

Merchant Cash

v

Fried Okra

                                      X
------------------------------------------------

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 10345 (SAS) ( )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         JAN 18, 2008

                                         /s/ illegible
                                         United States District Judge

May would be best. Thanks