Derek Wolman (DW 9720)
Susan M. Smith (SS 8649)
SNOW BECKER KRAUSS P.C.
605 Third Avenue, 25th Floor
New York NY 10158
(212) 687-3860
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------x
MERCHANT CASH & CAPITAL LLC,          :
                                       :
                                       :   Civil Action No.: 07 CIV 10345
                    Plaintiff,         :
                                       :
         -against-                     :   NOTICE OF APPEARANCE
FRIED OKRA, INC., d/b/a THOROUGHBREDS :
RESTAURANT, THOROUGHBREDS              :
RESTAURANT LP, and TONY BENNETT,       :
                                       :
                    Defendants.        :
-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that Snow Becker Krauss P.C. hereby appears as counsel for Defendants, Fried Okra, Inc., d/b/a Thoroughbreds Restaurant, Thoroughbreds Restaurant LP, and Tony Bennett (collectively, the "Defendants") in the above captioned action, and demands that all documents, pleadings, notices, and other correspondence given or required to be given to the Defendants in this case, be served upon the undersigned attorneys on Defendants' behalf, at the address set forth below.

Dated: New York, New York
       January 23, 2008

                                           SNOW BECKER KRAUSS P.C.
                                           Attorneys for Defendants
                                           605 Third Avenue, 25th Floor
                                           New York, NY 10158
                                           (212) 687-3860

                                           By: _____
                                               Derek Wolman (DW - 9720)
                                               Susan M. Smith (SS 8649)

To:   Bennett, Giuliano, Mc Donnell & Perrone, LLP
      Attorneys for Plaintiff
      494 Eighth Avenue, 7th Floor
      New York NY 10001
      (646) 328-0120