Snow Becker Krauss P.C.
Attorneys for Defendants
605 Third Avenue
25th Floor
New York, NY 10158
Tel. 212-455-0442
Derek A. Wolman (DW 9720)

ECF CASE

Document #

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MERCHANT CASH & CAPITAL LLC,

                        Plaintiff,

-against-

FRIED OKRA, INC., d/b/a/ THOROUGHBREDS
RESTAURANT, THOROUGHBREDS
RESTAURANT LP and TONY BENNET,

                        Defendants.
-----------------------------------------------------------------X

07 CV 10345(SAS)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, Fried Okra, Inc., d/b/a Thoroughbreds Restaurant, Thoroughbreds Restaurant LP and Tony Bennet, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                        NONE

Dated: New York, New York
         February 8, 2008

SNOW BECKER KRAUSS P.C.

By: _____
Derek Wolman (DW 9720)

1