**Snow Becker Krauss P.C.**
**Attorneys for Defendants**
**605 Third Avenue**
**25th Floor**
**New York, NY 10158**
**Tel. 212-455-0442**
**Derek A. Wolman (DW 9720)**
**Susan M. Smith (SS 8649)**

ECF CASE:

Document #

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MERCHANT CASH & CAPITAL LLC,

                      Plaintiff,

    -against-

FRIED OKRA, INC., d/b/a/ THOROUGHBREDS
RESTAURANT, THOROUGHBREDS
RESTAURANT LP and TONY BENNET,

                      Defendants.
-------------------------------------------------------------------X

07 CV 10345(SAS)(AJP)

**DEFENDANTS' INITIAL**
**DISCLOSURES**
**PURSUANT TO RULE 26(a)**

TO:    Nicholas Giuliano, Esq.
         Bennett, Giuliano, McDonnell & Perrone, LLP
         Attorneys for Plaintiff
         494 Eighth Avenue, 7th Floor
         New York NY  10001
         (T) (646) 328-0120

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendants, FRIED OKRA, INC., d/b/a/ THOROUGHBREDS RESTAURANT, THOROUGHBREDS RESTAURANT LP and TONY BENNET ("Defendants") make the following disclosures:

(a) **The Name and, if Known, the address and telephone numbers of each individual likely to have discoverable information that the Defendants may use to support their claims or defenses, unless solely for impeachment.**

    Tony Bennett
    9706 Kings Highway
    Myrtle Beach, SC  29572

    Fried Okra, Inc., d/b/a/ Thoroughbreds Restaurant, Thoroughbreds Restaurant LP
    c/o Tony Bennett
    9706 Kings Highway
    Myrtle Beach, SC  29572

(b) **A copy or description by category and location of all documents, data compilations and tangible things that are in Defendants' possession, custody or control and that the Defendants may use to support their claims or defenses, unless solely for impeachment:**

Electronic files comprising Defendants' account records accessible on Plaintiff's website.

Defendants' electronic general ledger and all records/documents concerning the agreements between the parties, including correspondence and emails.

(c) **Computation of Defendants' damages**

Not applicable.

(d) **The ability to copy and inspect the contents of any pertinent insurance agreement:**

Not applicable.

(e) **Amendments:**

Defendants reserve the right to supplement or amend this automatic disclosure

prior to discovery as may be appropriate and necessary.

Dated: New York, New York
February 11, 2008

**SNOW BECKER KRAUSS P.C.**

By: S/DEREK WOLMAN
Derek A. Wolman (DW 9720)
605 Third Avenue, 25th Floor
New York, New York 10158
(212) 455-0442

Attorneys for Defendants,
FRIED OKRA, INC., d/b/a/
THOROUGHBREDS
RESTAURANT, THOROUGHBREDS
RESTAURANT LP and TONY BENNETT