# Bennett, Giuliano, McDonnell & Perrone, LLP

| **New Jersey Office:** | 494 Eighth Avenue, 7th Floor | **Florida Office:** |
|---|---|---|
| 201 Littleton Road | New York, New York  10001 | 6615 West Boynton Beach Blvd. |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ  07950 | | Boynton Beach, FL  33437 |
| Tel.  (973) 387-0486 | **Telephone:**  (646) 328-0120 | Tel.  (561) 337-8816 |
| Fax. (973) 796-2884 | **Telefax:**      (646) 328-0121 | Fax. (561) 337-4653 |
| | www.bgmplaw.com | |

March 26, 2008
**Via Fax:  (212) 805-7920 and ECF**

The Honorable Judge Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
Room 1620
500 Pearl Street
New York, New York 10007

          Re:    Merchant Cash & Capital, LLC et al.
                07 CV 10345  (SAS) (AJP)
                Our File:    D735

Dear Judge Scheindlin:

      I represent the plaintiff and I write on behalf of both the plaintiff and the defendant to jointly request a two week adjournment of the scheduling order.

      The new dates would be as follows:

| | **Current** | **Proposed** |
|---|---|---|
| Plaintiff's Deposition | By 3/31/08 | By 4/15/08 |
| Defendant's Deposition | By 4/15/08 | By 4/30/08 |
| Initial Discovery | Completed | |
| Discovery Demand | Completed | |
| Expert Reports | By 6/30/08 | By 7/14/08 |
| Expert Depositions | By 7/30/08 | By 8/13/08 |
| Completion of Discovery | By 8/15/08 | By 8/29/08 |
| Completion of Non-Expert Discovery | By 5/30/08 | By 6/11/08 |
| Final Pretrial Conference | 6/16/08 at 4:30 p.m. | 6/30/08 at 4:30 p.m. |

      The parties are discussing settlement and would like to complete their discussions before starting depositions.

The Honorable Judge Shira A. Scheindlin
March 26, 2008
Page 2

      The defendant consents to and joins in this request.

      No prior application has been made for the relief requested herein.

                              Very truly yours,

                              Nicholas P. Giuliano

/bm

cc:    **Via Fax: (212) 805-7933**
       Magistrate Judge Andrew J. Peck

       **Via Fax: (212) 949-7052**
       Susan M. Smith, Esq.

Z:\Documents\All Files\D735 Thoroughbreds\Letters\JudgeScheindlin-ReChgSchOrd-032608.doc