# Bennett, Giuliano, McDonnell & Perrone, LLP

| New Jersey Office: | 494 Eighth Avenue, 7th Floor | Florida Office: |
|---|---|---|
| 201 Littleton Road | New York, New York 10001 | 6615 West Boynton Beach Blvd |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ 07950 | | Boynton Beach, FL 33437 |
| Tel (973) 387-0486 | Telephone: (646) 328-0120 | Tel (561) 337-8816 |
| Fax (973) 796-2884 | Telefax:    (646) 328-0121 | Fax (561) 337-4655 |
| | www.bgmplaw.com | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

RECEIVED
CHAMBERS
MAR 26 2008
JUDGE SCHEINDLIN

March 26, 2008
Via Fax: (212) 805-7920 and ECF

The Honorable Judge Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
Room 1620
500 Pearl Street
New York, New York 10007

      Re:    Merchant Cash & Capital, LLC et al.
             07 CV 10345 (SAS) (AJP)
             Our File:    D735

Dear Judge Scheindlin:

      I represent the plaintiff and I write on behalf of both the plaintiff and the defendant to jointly request a two week adjournment of the scheduling order.

      The new dates would be as follows:

| | Current | Proposed |
|---|---|---|
| Plaintiff's Deposition | By 3/31/08 | By 4/15/08 |
| Defendant's Deposition | By 4/15/08 | By 4/30/08 |
| Initial Discovery | Completed | |
| Discovery Demand | Completed | |
| Expert Reports | By 6/30/08 | By 7/14/08 |
| Expert Depositions | By 7/30/08 | By 8/13/08 |
| Completion of Discovery | By 8/15/08 | By 8/29/08 |
| Completion of Non-Expert Discovery | By 5/30/08 | By 6/11/08 |
| Final Pretrial Conference | 6/16/08 at 4:30 p.m. | 6/30/08 at 4:30 p.m. |

      The parties are discussing settlement and would like to complete their discussions before starting depositions.

*[Handwritten note:]* Request granted. The new dates set forth above are approved. No further adjournments will be granted. So Ordered. [signature] USDJ 3/26/08

The Honorable Judge Shira A. Scheindlin
March 26, 2008
Page 2

    The defendant consents to and joins in this request.

    No prior application has been made for the relief requested herein.

Very truly yours,

*[signature]*

Nicholas P. Giuliano

/bm

cc: **Via Fax: (212) 805-7933**
Magistrate Judge Andrew J. Peck

**Via Fax: (212) 949-7052**
Susan M. Smith, Esq.

Z:\Documents\All Files\D735 Thoroughbreds\Letters\JudgeScheindlin-ReqTgSchOrd-032608.doc