UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___4/7/08___

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MERCHANT CASH & CAPITAL L.L.C.,              :

                 Plaintiff,              :

             -against-              :

FRIED OKRA, INC., et al.,              :

             Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 10345 (SAS) (AJP)

ORDER RESCHEDULING
SETTLEMENT CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

The settlement conference originally scheduled for May 23, 2008 is rescheduled to **June 10, 2008 at 10:30 a.m.** before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street.

On or before June 3, 2008 counsel shall provide a confidential settlement memorandum to my chambers.

SO ORDERED.

DATED:     New York, New York
            April 7, 2008

                                Andrew J. Peck
                                United States Magistrate Judge

Copies **by fax & ECF** to:    Nicholas P. Giuliano, Esq.
                          William Bennett, Esq.
                          Derek Wolman, Esq.
                          Susan M. Smith, Esq.
                          Judge Shira A. Scheindlin

C:\ORD\