# Bennett, Giuliano, McDonnell & Perrone, LLP

| **New Jersey Office:** | 494 Eighth Avenue, 7th Floor | **Florida Office:** |
|---|---|---|
| 201 Littleton Road | New York, New York  10001 | 6615 West Boynton Beach Blvd. |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ  07950 | | Boynton Beach, FL  33437 |
| Tel.  (973) 387-0486 | **Telephone:  (646) 328-0120** | Tel.  (561) 337-8816 |
| Fax. (973) 796-2884 | **Telefax:      (646) 328-0121** | Fax. (561) 337-4653 |
| | www.bgmplaw.com | |

June 10, 2008
**Via Fax:  (212) 805-7933 and ECF**

The Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

Re:   Merchant Cash & Capital, LLC v.
      Fried Okra, et al.
      07 CV 10345  (SAS) (AJP)
      Our File:      D735

Dear Judge Peck:

I represent the plaintiff and I write to advise your Honor that this case has been settled.

I spoke with chambers this morning and I was instructed to write to your Honor to request entry of an order dismissing this case without prejudice.

It is my understanding that the conference scheduled for today at 10:30 a.m. is cancelled.

Very truly yours,

Nicholas P. Giuliano

/bm

The Honorable Andrew J. Peck
June 10, 2008
Page 2

cc:   **<u>Via Fax: (212) 949-7052</u>**
      Snow Becker Krauss P.C.
      Attorneys for Defendants
      Derek A. Wolman (DW 9720)
      Susan M. Smith (SS 8649)
      605 Third Avenue, 25th Floor
      New York, New York 10158
      Telephone: (212) 455-0442
      Facsimile: (212) 949-7052

Z:\Documents\All Files\D735 Thoroughbreds\Letters\JudgePeck-ReCanc-061008.doc