UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MERCHANT CASH & CAPITAL L.L.C., :

        Plaintiff, :   07 Civ. 10345 (SAS) (AJP)

    -against- :   **ORDER OF DISMISSAL ON CONSENT**

FRIED OKRA, INC. d/b/a THOROUGHBREDS :
RESTAURANT, THOROUGHBREDS
RESTAURANT L.P. & TONY BENNETT, :

        Defendants. :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/10/08

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed without prejudice and without costs. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:     New York, New York
           June 10, 2008

                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies **by fax & ECF** to:     Nicholas P. Giuliano, Esq.
                                  Derek Wolman, Esq.
                                  Susan M. Smith, Esq.
                                  Judge Shira A. Scheindlin

C:\ORD\Dismiss.AJP

06/10/2008 09:32 FAX 6463280121    Case 1:07-cv-10345-SAS    Document 20    Filed 06/10/2008    Page 2 of 3    ☒001/002

# Bennett, Giuliano, McDonnell & Perrone, LLP

| New Jersey Office: | 494 Eighth Avenue, 7th Floor | Florida Office: |
|---|---|---|
| 201 Littleton Road | New York, New York 10001 | 6615 West Boynton Beach Blvd |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ 07950 | Telephone: (646) 328-0120 | Boynton Beach, Fl 33437 |
| Tel (973) 387-0486 | Telefax: (646) 328-0121 | Tel (561) 337-8816 |
| | | Fax (561) 337-4058 |

www.bgmplaw.com



RECEIVED JUN 10 2008 CHAMBERS OF ANDREW J. PECK

June 10, 2008

**Via Fax: (212) 805-7933 and ECF**

The Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

    Re: Merchant Cash & Capital, LLC v.
       Fried Okra, et al.
       07 CV 10345 (SAS)(AJP)
       Our File:  D735

Dear Judge Peck:

I represent the plaintiff and I write to advise your Honor that this case has been settled.

I spoke with chambers this morning and I was instructed to write to your Honor to request entry of an order dismissing this case without prejudice.

It is my understanding that the conference scheduled for today at 10:30 a.m. is cancelled.

          Very truly yours,

          Nicholas P. Giuliano

/bm

The Honorable Andrew J. Peck
June 10, 2008
Page 2

cc:     **Via Fax: (212) 949-7052**
        Snow Becker Krauss P.C.
        Attorneys for Defendants
        Derek A. Wolman (DW 9720)
        Susan M. Smith (SS 8649)
        605 Third Avenue, 25th Floor
        New York, New York 10158
        Telephone: (212) 455-0442
        Facsimile: (212) 949-7052

Z:\Documents\All Files\D718-Thoroughbreds\Letters\JudgePeck-ReCanc-061008.doc